### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAULA KAY CAGLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-12-494-F |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Commissioner, Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

### ORDER

United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation on June 24, 2013, wherein she recommended that the final decision of defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, denying plaintiff, Paula Kay Cagle's application for disability insurance benefits under the Social Security Act be affirmed.

Plaintiff has timely objected to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a *de novo* review of the matter. Having done so, the court concurs with the analysis of Magistrate Judge Mitchell. The court rejects plaintiff's specific objections to the Report and Recommendation.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Suzanne Mitchell on June 24, 2013 (doc. no. 22) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, denying plaintiff, Paula

Kay Cagle's application for disability insurance benefits under the Social Security Act is affirmed. Judgment shall issue forthwith.

DATED July 31, 2013.

/s/ S.P. Friot
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

12-0494p002.wpd